

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Noe Becerra-Gonzalez

**Petitioner,**

**V.**

See Attachment

**Respondent.**

Civil Action No.  26-cv-2908-AGS-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On June 15, 2026, the Court held a hearing. For the reasons set out on the record, the habeas petition (ECF 1 ) is denied. The case is hereby closed.

**Date:**        6/17/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita

M. Fujita, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>26-cv-2908-AGS-MSB</u>

Respondents:

Patrick Divver
Field Office Director of Enforcement and Removal Operations, San Diego Field Office

Immigration and Customs Enforcement

Executive Office for Immigration Review

Christoipher J. LaRose